IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | Criminal No. AMD-01-0183 |
| v. | * |
| | |
| MICHAEL WYCHE | * |
| Prisoner ID # 34566-037 | |
| | * |

* * * * * * *

**ORDER**

The above-named defendant apparently being indigent, and possibly being eligible for a reduction of his/her sentence under 18 U.S.C. §3582(c)(2) and the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ('crack"), it is this 21 day of Feb., 2008, hereby ordered that:

1. The Federal Public Defender for the District of Maryland is appointed to PRELIMINARILY REVIEW whether the defendant may be entitled to relief under the above provisions and to provide a status report within 30 days; and

2. The Clerk shall send a copy of this order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the defendant.

JAMES K. BREDAR
United States Magistrate Judge

cc: United States Attorney's Office
Office of the Federal Public Defender
United States Probation Services Office
Defendant