```
CUMCO              *         PROGRESS REPORT            *     01-22-2008
PAGE                                                          14:08:46

RSP OF: CUM CUMBERLAND FCI              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        14601 BURBRIDGE RD SE
        CUMBERLAND, MD 21502
        301 784-1000

NAME: WYCHE, MICHAEL A          REGNO: 34566-037 AGE(DOB): 32/11-10-1975
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| Michael A. Wyche | 1.23.08 | [signature] |

```
TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE XX TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
   MINIMUM   /COM

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

   21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE
      120 MONTHS                              /      5 YEARS

DATE COMPUTATION BEGAN: 08-31-2001
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
| 0   /0   /0 | 324 | + JAIL CREDIT - INOP TIME<br>M:   76  D: 23<br>+ 8   JC - 0   INOP |
| PROJECTED RELEASE DATE: 05-09-2009 | PROJECTED RELEASE METHOD: 3621E CMPL | |

```
DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS:
None on File




DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO
                                                          BP-CLASS-3
```

Exhibit 1

```
          NAME:  WYCHE, MICHAEL A              REGNO: 34566-037

-------------------------- INSTITUTIONAL ADJUSTMENT --------------------------
INMATE'S ADJUSTMENT:
Inmate WYCHE, Michael arrived at this facility on September 24, 2001 and has made an
appropriate adjustment.  He has developed an appropriate rapport with staff and
other inmates.  Further, he has completed some of the programs recommended by his
Unit Team.

A.  PROGRAM PLAN:
Inmate Wyche has been encouraged to pursue his education via ACE, PSE, VT, and
correspondence courses.  Further, he was advised to enroll in the Inmate Financial
Responsibility program, the Release Preparation Program, recreational activities,
save money for release, and obtain two forms of identification for release purposes.
In addition, he was referred to the 500-Hour Residential Drug Abuse Treatment
Program.

B.  WORK ASSIGNMENTS:
During his term of incarceration, inmate Wyche's work details have included:

INST    WORK ASSIGNMENT                       START DATE      STOP DATE

CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     01-10-2008      CURRENT
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     01-09-2008      01-10-2008
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     01-08-2008      01-09-2008
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     12-26-2007      01-08-2008
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     12-21-2007      12-26-2007
CUM     C IDLE      CAMP IDLE                 12-20-2007      12-21-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     12-19-2007      12-20-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     12-05-2007      12-19-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-28-2007      12-05-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-15-2007      11-28-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-14-2007      11-15-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-13-2007      11-14-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-08-2007      11-13-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-07-2007      11-08-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     11-01-2007      11-07-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     10-31-2007      11-01-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     10-25-2007      10-31-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     10-24-2007      10-25-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     10-23-2007      10-24-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     08-06-2007      10-23-2007
CUM     SHU UNASSG  SHU UNASSIGNED            08-01-2007      08-06-2007
CUM     FPI WAREAD  FPI WAREHOUSE ALL DAY     03-05-2007      08-01-2007
CUM     FPI WRH AD  FPI WRH ALL DAY           08-17-2006      03-05-2007
CUM     SHU UNASSG  SHU UNASSIGNED            08-15-2006      08-17-2006
CUM     FPI WRH AD  FPI WRH ALL DAY           05-23-2005      08-15-2006
CUM     FPI WAREH   FPI WAREHOUSE             02-12-2005      05-23-2005

Inmate Wyche has been described as an individual whose quality/quantity of work is
good, his initiative, eagerness, and ability to learn is good and his need for
supervision is less than average whereby he has an outstanding record of
dependability and promptness toward his work.

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION:
Inmate Wyche has participated in the following Educational Programs:

-------------------------- EDUCATION INFORMATION --------------------------
FACL  ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
CUM   ESL HAS     ENGLISH PROFICIENT           10-03-2001 1451  CURRENT
CUM   GED HAS     COMPLETED GED OR HS DIPLOMA  10-03-2001 1453  CURRENT
```

NAME:  WYCHE, MICHAEL A                    REGNO: 34566-037

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| CUM | DAP PM | 03-12-2007 | CURRENT | | | | |
| CUM | INDEPENDENT PSE STUDY | 01-18-2002 | CURRENT | | | | |
| CUM SCP | BUDGETING II | 08-21-2007 | 12-11-2007 | P | C | P | 18 |
| CUM SCP | PLANET EARTH | 09-04-2007 | 11-14-2007 | P | C | P | 14 |
| CUM SCP | COMMUNITY RELATIONS | 08-07-2007 | 08-07-2007 | P | C | P | 1 |
| CUM SCP | BUDGETING | 03-30-2007 | 07-17-2007 | P | C | P | 13 |
| CUM SCP | ACCOUNTING | 05-30-2007 | 07-17-2007 | P | C | P | 12 |
| CUM SCP | EMPLOYMENT SKILLS | 06-15-2007 | 06-15-2007 | P | C | P | 1 |
| CUM SCP | PERSONAL GROWTH | 06-15-2007 | 06-15-2007 | P | C | P | 1 |
| CUM SCP | HEALTH & NUTRITION | 06-15-2007 | 06-15-2007 | P | C | P | 1 |
| CUM SCP | PERSONAL FINANCES | 06-15-2007 | 06-15-2007 | P | C | P | 1 |
| CUM SCP | RELEASE PROCEDURES | 06-15-2007 | 06-15-2007 | P | C | P | 1 |
| CUM SCP | PERSONAL FITNESS TRAINER | 08-21-2006 | 11-06-2006 | P | C | P | 33 |
| CUM SCP | BEGINNER JUMP ROPE | 04-26-2006 | 06-30-2006 | P | C | P | 31 |
| CUM SCP | BASKETBALL OFFICIATING | 05-23-2006 | 06-06-2006 | P | C | P | 4 |
| CUM SCP | BLACK HISTORY MONTH ACTIVITIES | 02-01-2006 | 02-28-2006 | P | C | P | 15 |
| CUM SCP | AERO52 | 01-04-2006 | 03-10-2006 | P | C | P | 348 |
| CUM SCP | REAL ESTATE INVESTMENT | 10-26-2005 | 12-14-2005 | P | C | P | 10 |
| CUM SCP | ADS051 | 05-07-2005 | 07-31-2005 | P | C | P | 24 |
| CUM SCP | MARRIAGE AND FAMILY STUDIES | 03-28-2005 | 06-22-2005 | P | C | P | 20 |
| CUM SCP | EMPLOYMENT SKILLS | 03-24-2005 | 04-27-2005 | P | C | P | 20 |

** Inmate Wyche is currently working on an Independent Study for Real Estate
   Appraisal and Business Management.

*[handwritten: Completed Real Estate Appraisal Course - 1/08
              " Associate for Business Management - 2(]*

D.  COUNSELING PROGRAMS:
Inmate Wyche has successfully completed the 500-Hour Residential Drug Abuse Program
(RDAP), the 40-Hour Non-Residential Drug Education Program while at this facility.
Additionally, inmate Wyche seeks the assistance of his Unit Team on an as needed
basis.

E.  INCIDENT REPORTS:
Inmate Wyche has not incurred any incident reports during his term of incarceration.

F.  INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| CUM SCPDRG | A-DES | FURLOUGH RETURN | 01-10-2008 |
| CUM SCPDRG | A-DES | FURLOUGH RETURN | 01-09-2008 |
| CUM SCPDRG | A-DES | FURLOUGH RETURN | 01-08-2008 |
| CUM SCPDRG | A-DES | TRANSFER RECEIVED | 12-26-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 12-19-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 12-05-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-28-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-15-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-14-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-13-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-08-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-07-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 11-01-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 10-31-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 10-25-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 10-24-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 10-23-2007 |
| CUM SCP | A-DES | FURLOUGH RETURN | 02-12-2005 |

** Inmate Wyche has volunteered for several community service projects, such as
   assisting the Red Cross of Maryland with their Christmas Light Display; Day of Caring
   and Sharing; LaVale Lions Club Chicken Bar-B-Ques and Christmas Tree Display.

```
     NAME:  WYCHE, MICHAEL A                REGNO: 34566-037
```

G. PHYSICAL AND MENTAL HEALTH:
Inmate Wyche is assigned to regular duty and housing status with no medical restrictions. He should be considered fully employable upon his release back to the community.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:
Inmate Wyche was ordered to pay a $100.00 Felony Assessment by the United States District Court for the District of Maryland. He has completed payment of his court-ordered financial obligation.

```
     FRP ASSIGNMENT
     COMPLT           FINANC RESP-COMPLETED         START DATE
                                                    10-04-2001
```

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS:
Inmate Wyche has completed the institution's Release Preparation Program. He has indicated that he will be returning to the Laurel, Maryland, area upon the completion of his current term of incarceration. Additionally, inmate Wyche is eligible for early release via 18 USC, 3621 (e).

```
     CMA ASSIGNMENT
     RPP COMPLT       RELEASE PREP PGM COMPLET
```

PRE-RELEASE PREP DATE: November 12, 2008    ← *This is the date that was put in for me to go to the halfway house!*

```
     RESIDENCE:    Vanita Taylor (Mother)
                   9479 Murkirk Road #302
                   Laurel, Maryland 20708
                   240-460-3508 C/ 240-568-9327

     EMPLOYMENT:   To be secured via RRC placem

     USPO:         William F. Henry, Chief
                   United States Probation Offi
                   District of Maryland
                   250 West Pratt Street, Room
                   Baltimore, Maryland 21201-24
                   410-962-4740
```

J. RELEASE NOTIFICATIONS:

   OFFENDER IS SUBJECT TO RELEASE NOTIFICATION
   DUE TO:
       CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

       18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
       COMMUNITY WITH SUPERVISION

   IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C)
   DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

       ( ) YES   (X) NO

       18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
       COMMUNITY

DNA TEST STATUS: NEED

   DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

```
NAME:      WYCHE, MICHAEL A              REGNO: 34566-037

DICTATED BY: _____ CASE MANAGER (DATE) January 22, 2008
             CAMP PGM   MARK JOSEPH: 220-4049
DATE TYPED:  January 22, 2008

REVIEWED BY: _____ UNIT MANAGER (DATE) January 22, 2008
             CAMP PGM   VACANT 501 784-1000 X4035
```

CJA 23
v. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|
| IN THE CASE | Michael A. Wyche v.s. Waren Hollinsworth | FOR | | | LOCATION NUMBER |
| | | AT | | | |

PERSON REPRESENTED (Show your full name)
Michael A. Wyche #34566-037

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☒ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)
21 U.S.C. § 841(A)(1)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: Federal Inmate, Cumberland, Maryland
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $1500/mo. 2001
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / ___ MARRIED / ___ WIDOWED / ___ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: N/A
Creditors / Total Debt / Monthly Pay

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/17/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► *Michael A. Wyche*

TELEPHONE NUMBER: 301.784.1000  Institution