# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

September 4, 2008

The Honorable Andre M. Davis
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 5B
Baltimore, Maryland 21201

Re:    *United States v. Michael Wyche*
       Case No.: AMD-01-183

Dear Judge Davis:

Please accept this letter as a status report regarding the defendant's *pro se* motion for a reduction in sentence under 18 U.S.C. § 3582. My Office and U.S. Probation reviewed Mr. Wyche's case in March 2008 and concluded that he was sentenced to the mandatory minimum sentence of 120 months. A copy of my March 18, 2008 letter to the Court is attached. I do not see anything in Mr. Wyche's April 23, 2008 *pro se* motion or current legal developments that change the conclusion set forth in my March letter. Currently, the only available mechanism by which a Court may sentence below a mandatory minimum sentence is through the defendant's substantial assistance under 18 U.S.C. § 3553(e) or application of the safety-valve, pursuant to 18 U.S.C. § 3553(f). I have no information indicating that Mr. Wyche participated in any "proffer" sessions with the government that would meet the criteria required for either of these two provisions.

I am happy to assist the Court with whatever other information it may need in this matter.

Very truly yours,

/S/

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw
Enclosure

cc:    Michael Wyche
       Barbara S. Sale, AUSA
       Estelle Santana, USPO