# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT  
ASSISTANT FEDERAL PUBLIC DEFENDER

**Via Hand-Delivery**

March 18, 2008

The Honorable Andre M. Davis  
United States District Judge  
United States District Court  
 for the District of Maryland  
101 West Lombard Street  
Chambers 5B  
Baltimore, Maryland 21201

    Re:    *United States v. Michael Wyche*  
              Case No.: AMD-01-183

Dear Judge Davis:

      Please accept this letter as a status report in the above-captioned case. The U.S. Probation Office has determined that Mr. Wyche is not eligible to seek a reduced sentence because he was sentenced to the mandatory minimum of 120 months. Unfortunately, I must concur with U.S. Probation and see no available remedy for Mr. Wyche at this time.

      I am happy to assist the Court with whatever other information it may need in this matter.

Very truly yours,

/S/

Denise C. Barrett  
Assistant Federal Public Defender

DCB/kdw

cc:    Michael Wyche  
       Barbara S. Sale, AUSA  
       United States Probation