AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MICHAEL A. WYCHE ) | Case No: AMD 01-0183 |
| ) | USM No: 34566-037 |
| Date of Previous Judgment: AUGUST 31, 2001 ) | JAMES WYDA |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction
## Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant   ☐  the Director of the Bureau of Prisons   ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   X  **DENIED.**   ☐  **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____ months is reduced to ____.

### I. COURT DETERMINATION OF GUIDELINE RANGE  (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: SEPTEMBER 4, 2008

Signature

Effective _____
(if different from order date)

ANDRE M. DAVIS U.S.D.J.
Printed name and title